USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/04/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LANDON L. WASHINGTON,

    Plaintiff,

-against-

NYC DEPATMENT OF CORRECTION, Legal Division, NYC BOARD OF CORRECTIONS, Executive Director; and MANHATTAN DETENTION COMPLEX, Sherma Dunbar,

    Defendants.

19-cv-5395 (PGG) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

On February 3, 2020, the parties attended a telephonic status conference. Another telephonic status conference is scheduled for **March 19, 2020 at 10:00 a.m.** It is hereby **ORDERED** that the Warden or other official in charge of the GRVC-George R. Vierno Detention Center produce plaintiff Landon L. Washington, Book & Case # 3491901974/NYSID # 01930776N, on **March 19, 2020 , by no later than 10:00 a.m.,** to a suitable location within the GRVC-George R. Vierno Detention Center that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234.

Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the GRVC-George R. Vierno Detention Center to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; and (3) telephone chambers at (212) 805-0234, with the plaintiff on the line, at the time and date of the conference.

The Clerk of Court is requested to mail a copy of this order to the Plaintiff.

Dated: February 4, 2020
 New York, New York

                                       **SO ORDERED**.

                                       *[signature: Katharine H. Parker]*
                                       _____
                                       **KATHARINE H. PARKER**
                                       **United States Magistrate Judge**

---

**The Clerk of Court is requested to mail a copy of this order to:**

Landon Washington
B&C No. 3491901974
NYSID # 01930776N
GRVC-George R. Vierno Center
09-09 Hazen Street
East Elmhurst, NY 11370