USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __02/21/2020__



**JEAME E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Sharon Sprayregen**
phone: 212-356-0873
fax: 212-356-2088
email: ssprayre@law.nyc.gov
(not for service)

February 21, 2020

**MEMO ENDORSED**

**Via ECF**
Honorable Katherine H. Parker
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, NY 10007

      Re: *Washington v. The City of New York, et al..,* 19-CV-5395 (PGG) (KHP)

Dear Judge Parker:

    I am the Assistant Corporation Counsel assigned to the defense of the City of New York and Reverend Robles in above-referenced action, in which Plaintiff alleges that he has not been permitted to attend religious services.

    I am writing to respectfully request a two business day adjournment of the status conference currently scheduled for March 19, 2020 to Monday March 23, 2020 (or a date thereafter that is convenient for the Court), due to a conflict with another case I am assigned to. Specifically, in, *Elisa W., et al., v. The City of New York*, et al.,15 CV 5273 (LTS) (HBP), a putative class action, in which nineteen children in foster care, represented by Cravath, Swaine & Moore LLP and A Better Childhood, seek injunctive relief, the City of New York will be taking the deposition of Plaintiffs' expert in Baltimore, MD on March 19, 2020. I will be heavily involved in preparing for the deposition, particularly since my social science background is relevant to this expert's report. I intend to attend the deposition (if the requested adjournment is granted), and there is a very good chance that I will be the attorney who takes the deposition.

    This is Defendant's first request for an extension. I have not been able to reach Plaintiff to obtain his consent to this request, as he is incarcerated. Thank you for your consideration of this request.

                                                   Respectfully,

/s/

Sharon Sprayregen
Assistant Corporation Counsel

cc: Landon L. Washington
NYSID: 01930776N
B&C No. 3491901974
George R. Vierno Center (GRVC)
Manhattan Detention Complex
09-09 Hazen Street
E. Elmhurst, NY 11370

**APPLICATION GRANTED:** The Telephone Conference in this matter that is scheduled for Thursday, March 19, 2020 at 10:00 a.m. is hereby rescheduled to <u>Thursday, April 2, 2020 at 10:30 a.m.</u> It is hereby ORDERED that the Warden or other official in charge of the GRVC- George R. Vierno Detention Center produce plaintiff Landon L. Washington., Book & Case # 3491901974/NYSID # 01930776N, on April 2, 2020, no later than 10:30 a.m., to a suitable location within the GRVC-George R. Vierno Detention Center that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234. Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the GRVC-George R. Vierno Detention Center to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; and (3) telephone chambers at (212) 805-0234, with the plaintiff on the line, at the time and date of the conference.
<u>The Clerk of Court is requested to mail a copy of this order to the Plaintiff.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
02/21/2020