

```
                    USDC SDNY
                    DOCUMENT
                    ELECTRONICALLY FILED
                    DOC #:_____
                    DATE FILED: 09/09/2020
```

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JEAME E. JOHNSON
*Corporation Counsel*

Sharon Sprayregen
phone: 212-356-0873
fax: 212-356-2088
email: ssprayre@law.nyc.gov
(not for service)

September 8, 2020

**MEMO ENDORSED**

<u>Via ECF</u>
Honorable Katherine H. Parker
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, NY 10007

      Re:    *Washington v. The City of New York, et al..,* 19-CV-5395 (PGG) (KHP)

Dear Judge Parker:

      I am the Assistant Corporation Counsel assigned to the defense of the City of New York and Reverend Robles in above-referenced action, in which Plaintiff alleges that he has not been permitted to attend religious services.

      I am writing to respectfully request a two-day adjournment of the conference currently scheduled for September 9, 2020 at 2 pm. I have just been informed that, on August 20, 2020, Mr. Washington was transferred to the custody of New York State Department of Corrections and Community Supervision (DOCCS).[1] I apologize for the timing of this letter. Given that Mr. Washington is not in the custody of the New York City Department of Correction (DOC), I am not certain I will be able to arrange for Mr. Washington to be available at 2 pm tomorrow. Should the Court deny this request, I will do my best to arrange for Mr. Washington to be on the phone for the conference.

      Respectfully,

      /s/

---

[1] I now see there was an ECF notification of his transfer, which I missed. Though I was on vacation last week, I should have seen the notification, and I apologize.

                                                                             Sharon Sprayregen
                                                                             Assistant Corporation Counsel

cc:    Landon L. Washington
        NYSID: 01930776N
        Ulster Correctional Facility
        PO Box 800
        Napanoch, NY 12458

**The telephonic Status Conference in this matter that is scheduled for Wednesday, September 9, 2020 at 2:00 p.m. is hereby rescheduled to <u>Wednesday, October 21, 2020 at 2:00 p.m.</u>**
**It is hereby ordered that the Warden of other official in charge of the Ulster Correctional Facility produce Plaintiff Landon L. Washington, DIN No. 20-R-0522 on October 21, 2020 by no later than 2:00 p.m., to a suitable location within the Ulster Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and Defendant's counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling Courtroom Deputy Chris Aiello at (212) 805-0234.**
**Defendant's counsel is directed to call Judge Parker's teleconference line at the scheduled time with the Plaintiff already on the phone. <u>Please dial (866) 434-5269, Access code: 4858267.</u>**

**<u>The Clerk of Court is requested to mail a copy of this order to the Plaintiff and Warden in charge of the Ulster Correctional Facility:</u>**

| PLAINTIFF: | WARDEN |
|---|---|
| **Landon L. Washington** | **750 Berme Road** |
| **DIN#20R0522** | **Napanoch, NY 12458** |
| **Ulster C.F.** | |
| **P.O. Box 800** | |
| **Napanoch, NY 12458** | |

SO ORDERED:

*Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
                                     **09/09/2020**