

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2020

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JEAME E. JOHNSON
*Corporation Counsel*

Sharon Sprayregen
phone: 212-356-0873
fax: 212-356-2088
email: ssprayre@law.nyc.gov
(not for service)

October 21, 2020

**MEMO ENDORSED**

<u>Via ECF</u>
Honorable Katherine H. Parker
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re:   *Washington v. The City of New York, et al..,* 19-CV-5395 (PGG) (KHP)

Dear Judge Parker:

    I am the Assistant Corporation Counsel assigned to the defense of the City of New York and Reverend Robles in above-referenced action, in which Plaintiff alleges that he had not been permitted to attend religious services.

    I write to request an adjournment of the conference scheduled for today at 2 pm. I have just been informed that Mr. Washington will not be available for the conference, and the earliest the facility can make him available is October 23, 2020. I apologize for the timing of this letter.[1]

Respectfully,

/s/

Sharon Sprayregen
Assistant Corporation Counsel

---

[1] Though I was informed by New York State Department of Correction and Community Supervision (DOCCS), which is not a New York City agency, that Mr. Washington was transferred to a different DOCCS facility yesterday, October 20, 2020, I was also told that the new facility "was informed of [the] call and he should be able to make it."

The telephonic Status Conference in this matter previously scheduled for Wednesday, October 21, 2020 at 2:00 p.m. is hereby rescheduled to <u>Wednesday, November 4, 2020 at 10:30 a.m.</u>  It is hereby ordered that the Warden of other official in charge of the Gowanda Correctional Facility produce Plaintiff Landon L. Washington, DIN No. 20-R-0522 on October 21, 2020 by no later than 2:00 p.m., to a suitable location within the Gowanda Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and Defendant's counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling Courtroom Deputy Chris Aiello at (212) 805-0234.  Defendant's counsel is directed to call Judge Parker's teleconference line at the scheduled time with the Plaintiff already on the phone. <u>Please dial (866) 434-5269, Access code: 4858267.</u>  The Clerk of Court is requested to mail a copy of this order to the Plaintiff and Warden in charge of the Gowanda Correctional Facility:

| PLAINTIFF: | WARDEN: |
|---|---|
| Landon L. Washington | Gowanda Correctional Facility |
| DIN#20R0522 | South Road |
| INMATE MAIL | P.O. Box 350 |
| South Road | Gowanda, NY 14070-0350 |
| P.O. BOX 311 | |
| Gowanda, NY 14070-0311 | |

SO ORDERED:

*Katharine H Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

*10/21/2020*