USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/04/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LANDON L. WASHINGTON,<br><br>       Plaintiff,<br><br>-against-<br><br>NYC DEPATMENT OF CORRECTION, Legal Division, NYC BOARD OF CORRECTIONS, Executive Director; and MANHATTAN DETENTION COMPLEX, Sherma Dunbar,<br><br>       Defendants. | 19-CV-5395 (PGG) (KHP)<br><br>**ORDER SCHEDULING TELEPHONE STATUS CONFERENCE** |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

A telephone status conference in this matter is hereby scheduled for **Tuesday, January 5, 2021 at 10:00 a.m.** It is hereby **ORDERED** that the Warden or other official in charge of the Ulster Correctional Facility produce plaintiff Landon L. Washington., DIN #20-R-0522, on **January 5, 2021 at 10:00 a.m.,** to a suitable location within the Ulster Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234.

Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the Ulster Correctional Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; and (3) telephone chambers at **(866) 434-5269, Access code: 4858267** with the plaintiff on the line, at the time and date of the conference.

**The Clerk of Court is requested to mail a copy of this order to the Plaintiff.**

Dated: November 4, 2020
New York, New York

SO ORDERED.

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge

**The Clerk of Court is requested to mail a copy of this order to:**

Landon Washington
DIN #20-R-0522
NYSID # 01930776N
Ulster Correctional Facility
P.O. Box 800
Napanoch, NY 12458

2