

**JEAME E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Sharon Sprayregen
phone: 212-356-0873
fax: 212-356-2088
email: ssprayre@law.nyc.gov
(not for service)

January 4, 2021

**Via ECF**
Honorable Katherine H. Parker
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

    Re:    *Washington v. The City of New York, et al..,* 19-CV-5395 (PGG) (KHP)

Dear Judge Parker:

    I am the Assistant Corporation Counsel assigned to the defense of the City of New York and Reverend Robles in above-referenced action, in which Plaintiff alleges that he has not been permitted to attend religious services.

    I am writing to request a one-day adjournment of the conference scheduled for tomorrow January 5, 20201 at 10:00 am. I apologize for the timing of this request. Unfortunately, Gowanda Correctional Facility, the facility at which Mr. Washington is housed, does not have a booth available from which Mr. Washington can be on the telephone. Gowanda Correctional Facility has a booth available on Wednesday, January 6, at 8:30 am, 12:30 pm, 1:00 pm, 1:30 pm, and 2 pm.

    Thank you for consideration of this request.

    Respectfully,

    /s/

    Sharon Sprayregen
    Assistant Corporation Counsel

**The telephonic Status Conference in this matter previously scheduled for Tuesday, January 5, 2021 at 10:00 a.m. is hereby rescheduled to <u>Wednesday, January 6, 2021 at 12:30 p.m.</u> It is hereby ordered that the Warden of other official in charge of the Gowanda Correctional Facility produce Plaintiff Landon L. Washington, DIN No. 20-R-0522 on January 6, 2021 by no later than 12:30 p.m., to a suitable location within the Gowanda Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and Defendant's counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling Courtroom Deputy Chris Aiello at (212) 805-0234. Defendant's counsel is directed to call Judge Parker's teleconference line at the scheduled time with the Plaintiff already on the phone. <u>Please dial (866) 434-5269, Access code: 4858267.</u>**
<u>**Defense Counsel is directed to notify the Defendant and the Warden or the Warden's designee of the rescheduling of this conference.**</u>

SO ORDERED:

*/s/ Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

01/04/2021