```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LANDON L. WASHINGTON,

      Plaintiff,

-against-

CITY OF NEW YORK et al.,

      Defendants.

19-CV-5395 (PGG) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

Based on the recent letter filed by the pro se Plaintiff in this action (ECF No. 35,) Defendants have failed to provide Plaintiff with the required release and settlement documents, as directed by the Court. Accordingly, the Hon. Paul G. Gardephe restored this case to the calendar of the Court. (ECF No. 36.)

Defendants are hereby ordered to file a status letter with the Court by no later than Wednesday April 28, 2021 to provide an update on the matter and to confirm whether all necessary settlement papers have been provided to the pro se Plaintiff.

**The Clerk of Court is requested to mail a copy of this order to the Plaintiff at the addresses listed below.**

Dated: March 29, 2021
       New York, New York

                         SO ORDERED.

                         *Katharine H. Parker*
                         **KATHARINE H. PARKER**
                         **United States Magistrate Judge**

2

**The Clerk of Court is requested to mail a copy of this order to:**

**Landon Washington
DIN #20-R-0522
NYSID # 01930776N
Ulster Correctional Facility
P.O. Box 800
Napanoch, NY 12458**

**and**

**Landon Washington
DIN #20-R-0522
NYSID # 01930776N
Mohawk Correctional Facility
6514 Rt. 26
P.O. Box 8451
Rome, NY 13442**