UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LANDON L. WASHINGTON,

    Plaintiff,

-against-

CITY OF NEW YORK et al.,

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/3/2021

**19-CV-5395 (PGG) (KHP)**

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    The Court previously ordered Defendants to file a status letter with the Court by no later than Wednesday April 28, 2021 to provide an update on the matter and to confirm whether all necessary settlement papers have been provided to the pro se Plaintiff. No letter having been filed, the Court will extend Defendants' time to file an update until May 6, 2021. The Court warns Defendants that future violations of Court orders may result in sanctions.

    **The Clerk of Court is requested to mail a copy of this order to the Plaintiff at the addresses listed below.**

Dated: May 3, 2021
       New York, New York

                          **SO ORDERED**.

                          _____
                          **KATHARINE H. PARKER**
                          **United States Magistrate Judge**

**The Clerk of Court is requested to mail a copy of this order to:**

Landon Washington
DIN #20-R-0522
NYSID # 01930776N
Ulster Correctional Facility
P.O. Box 800
Napanoch, NY 12458

and

Landon Washington
DIN #20-R-0522
NYSID # 01930776N
Mohawk Correctional Facility
6514 Rt. 26
P.O. Box 8451
Rome, NY 13442